**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01238

UNITED STATES OF AMERICA,

    Petitioner,

v.

WILLIAM R. KLAAS,

    Respondent.

_____

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**
_____

The United States of America (hereafter "Petitioner"), by and through undersigned counsel, shows unto this Court as follows:

1. This is a proceeding brought pursuant to 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service summons.

2. This Court has jurisdiction pursuant to 26 U.S.C. §§ 7402(b) and 7604(a).

3. Chad M. Weston is a Revenue Officer of the Internal Revenue Service's Small Business/Self Employed Division, Area 26, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg. § 301.7602-1.

4. William R. Klaas (hereafter "Respondent") resides at 3028 South Macon Circle, Aurora, CO 80014.

5. As set forth in the Declaration of Revenue Officer Chad M. Weston,

attached hereto as Exhibit 1, the Internal Revenue Service is presently conducting an investigation to determine the collectability of taxes of Respondent for the calendar years ending December 31, 2003, December 31, 2004, December 31, 2005, and December 31, 2007.

6.  Upon information and belief, Respondent is in possession and control of testimony, books, records, papers, and other data that are relevant to the investigation.

7.  On September 14, 2011, Revenue Officer Chad M. Weston left a copy of the summons at Respondent's last and usual place of abode, as evidenced by the Certificate of Service on the second page of the summons, attached hereto as Exhibit 2.

8.  The summons directed Respondent to appear before an officer of the Internal Revenue Service on September 28, 2011, to testify and to produce for examination certain books, records, papers and other data more specifically described therein, all of which are believed relevant to the said investigation.

9.  Respondent failed to appear or produce documents responsive to the summons on September 28, 2011.

10. Respondent's refusal to comply with the summons continues to this date.

11. The testimony, books, papers, records and other data sought by the summons are not within the possession of the Internal Revenue Service.

12. All administrative steps required by the Internal Revenue Code for the issuance of the summons have been taken.

13. No Justice Department referral is in effect within the meaning of 26 U.S.C.

§ 7602(d) with respect to Respondent for the tax periods for which the testimony and documents are sought.

      WHEREFORE, Petitioner respectfully prays:

1.    That this Court enter an Order to Show Cause directing Respondent to show cause, if any, why Respondent should not be compelled to comply with the Internal Revenue Service summons, in its entirety, forthwith.

2.    That the Order to Show Cause set a response date thirty (30) days from the date it is signed in order to provide the Internal Revenue Service with time for it to be personally served upon Respondent.

3.    That any Order granting the relief sought herein be personally served on Respondent.

4.    That this Court grant such other and further relief as the Court deems just and proper.

      DATED this 11th day of May, 2012.

                          Respectfully submitted,

                          JOHN F. WALSH
                          United States Attorney

                          s/ *Angela Schmitz*
                          ANGELA SCHMITZ
                          Special Assistant United States Attorney
                          1225 Seventeenth Street, Suite 700
                          Denver, Colorado 80202
                          Telephone: (303) 454-0259
                          Fax: (303) 454-0404
                          Email: angela.schmitz@usdoj.gov

                          Attorneys for Petitioner